■ In the Matter of the Arbitration between PAN-AMERICAN COMMODITIES, S. A. and MINERALS & CHEMICALS PHILIPP CORPORATION.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1961, with notice of argument for January 5, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ KNICKERBOCKER VILLAGE, INC., v. WILLIAM E. BOYLAND et al.— Motion by Hillside Housing Corp. and Boulevard Gardens, Inc., for leave to file a brief *amicus curiæ* granted only insofar as to permit movants to file a brief *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ JEAN NAMIAS v. WILLIAM NAMIAS.— Motion for a stay and for other relief denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MARCIA LIEBMAN v. DAVID LIEBMAN.— Motion for a stay granted on the terms and conditions contained in the stipulation of the respective parties in the order to show cause, dated November 21, 1961. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ ROSE SCHWARTZ v. FREDERICK SCHWARTZ.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ COMMISSIONER OF WELFARE OF CITY OF NEW YORK, v. VALENTINE GARCIA.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Estate of HENRI FREUDMANN, Deceased. DENISE F. JOSELSON et al.; MARK LINKER et al.— Motion to dismiss appeal of objectant Marcel Freudmann is granted on default. In view of this disposition and the request in the affidavit of the attorney for objectant Denise F. Joselson that both appeals be treated alike, the motion to dismiss is also granted as to the appeal of the latter objectant. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ GLADYS VEZIANO v. ANTHONY VEZIANO, Also Known as ANTONIO MACHADO.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. In all other respects, the motion is denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ LOUIS MILLER v. BUILDING SERVICE MAINTENANCE AND MISCELLANEOUS EMPLOYEES UNION, LOCAL 400.— Motion for a stay and for other relief granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 27, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before January 12, 1962. Reply points, if any, are to be served and filed on or before January 17, 1962. That branch of the motion seeking to dispense with the printing of the exhibits in the record on appeal is granted on condition that the originals thereof are filed with this court on or before December 27, 1961. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.